P.O. Box 14503
Des Moines, IA 50306-3506
GuideOneLegal.com

Greg Engelsman
Phone: 225.224.6865
Fax: 515.267.5431
Email: GEngelsman@guideone.law

April 1, 2022

Clerk of Court
201 Jackson St, Suite 215
Monroe, LA 71201

      Re:    GuideOne Insurance Claiborne Church of God, Inc., et al
             Case No.3:21-cv-04051
             Our File No. LA50044

Dear Clerk:

    The underlying case out of which this lawsuit arose, has resolved, but we are waiting on the completion of a minor's settlement. Once that is complete I will be dismissing the instant case. Please accept this letter as a Notice of Settlement in the above captioned matter.

    Thank you for your cooperation and assistance in this matter. Please let me know if you have any questions.

    With kindest regards, I am,

                                Sincerely,

                                Greg Engelsman

GE/sap
cc: JP Christiansen



GuideOne Mutual Insurance Company
GuideOne Specialty Mutual Insurance Company
GuideOne Elite Insurance Company
GuideOne America Insurance Company
GuideOne National Insurance Company